UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BUXBAUM,

      Plaintiff,

-against-

KEY STAR CAPITAL FUND II, L.P.,

      Defendant.

**ORDER**

25-CV-01958 (PMH)

PHILIP M. HALPERN, United States District Judge:

  On May 28, 2025, Plaintiff filed three motions, stylized as letters, with one designated a "Correction Letter," all seeking Orders each directing Defendant to pay him $300,000. (Doc. 21; Doc. 22; Doc. 23). Plaintiff does not specify the applicable Federal Rule of Civil Procedure pursuant to which any of these motions is brought. *See* Local Civil Rule 7.1. These motions are denied for failure to comply with the Federal Rules of Civil Procedure, the Local Civil Rules, and the Court's Individual Practices.

  The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff.

**SO ORDERED:**

Dated: White Plains, New York
    June 2, 2025

              _____
              Philip M. Halpern
              United States District Judge

1