UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BUXBAUM,

                            Plaintiff,

-against-

KEY STAR CAPITAL FUND II, L.P.,

                            Defendant.

**ORDER**

25-CV-01958 (PMH)

      Plaintiff, who is proceeding *pro se*, commenced this action on March 4, 2025. (Doc. 1). Defendant's request for permission to move to dismiss Plaintiff's Complaint was granted on June 2, 2025 and the Court entered a briefing schedule. (Doc. 24). On June 30, 2025, Defendants filed their motion to dismiss. (Doc. 29). Plaintiff's opposition was due by July 30, 2025. (*See* Doc. 24). To date, Plaintiff has not filed an opposition to the motion or sought an extension of time to file an opposition brief.

      Given Plaintiff's *pro se* status, the Court *sua sponte* extends plaintiff's time to oppose the motion to dismiss until September 12, 2025. Defendants' reply, if any, is due September 26, 2025.

      **If plaintiff fails to file his opposition by September 12, 2025, the motion will be deemed fully submitted and unopposed. No further extensions of time will be granted.**

      The Clerk of Court is respectfully instructed to mail a copy of this Order and the docket sheet to plaintiff at the address on the docket.

Dated: White Plains, New York
          August 13, 2025

SO ORDERED:

_____
Philip M. Halpern
United States District Judge