UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MICHAEL BUXBAUM,

                         Plaintiff,

         -against-                                25 **CIVIL** 1958 (PMH)

                                                         **JUDGMENT**

KEY STAR CAPITAL FUND II, L.P.,

                         Defendants.
----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated December 15, 2025, Defendant's motion to dismiss is GRANTED. While "[d]istrict courts should frequently provide leave to amend before dismissing a *pro se* complaint . . . leave to amend is not necessary when it would be futile." *Reed v. Friedman Mgt. Corp.*, 541 F. App'x 40, 41 (2d Cir. 2013) (citing *Cuoco v. Moritsugu*, 222 F.3d 99, 112 (2d Cir. 2000)). Plaintiff's sole federal claim is dismissed with prejudice as any amendment would be futile. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

**Dated:**  New York, New York

       December 16, 2025

                                          **TAMMI M. HELLWIG**
                                    _____
                                         **Clerk of Court**

            **BY:**                 K. mango

                                    _____
                                         **Deputy Clerk**